1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  —o0o—

10 JOHNNY PAUL DOUGHERTY,              CASE NO. 2:11-CV-00947-GGH (TEMP)

11             Plaintiff,              **ORDER EXTENDING
                                       PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                                 **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
               Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19     Plaintiff shall file his response (motion for summary judgment) on or before November 2,

20 2011.

21     SO ORDERED.

22 DATED: October 3, 2011

23                               /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

---

1
COMPLAINT