```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  Eastern District of California
    DONNA L. CALVERT
 3  Acting Regional Chief Counsel, Region IX
    Social Security Administration
 4  THEOPHOUS H. REAGANS
    Special Assistant United States Attorney
 5  160 Spear Street, Suite 800
    San Francisco, California 94105
 6  Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
 7  E-Mail: theophous.reagans@ssa.gov

 8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PAUL DOUGHERTY, | Case No. CV 2:11-CV-00947-GGH |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's Motion for Attorney's Fees be extended from June 25, 2012 to July 25, 2012.

This is the defendant's first request for an extension of time to respond to plaintiff's Motion for Attorney's Fees.

This case was originally assigned to defense counsel who has transferred to another office.  The case was reassigned to new

1

1  defense counsel on June 26, 2012.  Counsel needs time to review
2  the file, to meet and confer with Plaintiff's counsel, and to
3  draft a response if necessary.
4      Respectfully submitted this 2nd day of July 2012.

6  DATED: July 2, 2012              */s/Ann M. Cerney*
                                     (*As agreed via telephone*)
                                     ANN M. CERNEY
                                     Attorney at Law

                                     Attorney for Plaintiff

                                     BENJAMIN B. WAGNER
                                     United States Attorney

12 DATED: July 2, 2012       By:    */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

16 IT IS SO ORDERED:

18 DATED: July 5, 2012

                   /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

2